

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00081-CR

Ricardo **MARTINEZ,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6697
Honorable Jefferson Moore, Judge Presiding

# S H O W   C A U S E   O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Irene Rios, Justice

This appeal was filed on February 18, 2016. Appellant's brief was due on August 26, 2016. Appellant's attorney, Patrick Montgomery, did not file the brief or a motion for extension of time. This Court issued a notice of late brief on September 7, 2016, granting an extension to September 19, 2016. Patrick Montgomery still did not file appellant's brief. On September 26, 2016, this Court ordered Patrick Montgomery to file appellant's brief on or before September 30, 2016, and cautioned Mr. Montgomery that if he failed to do so, this Court would abate this appeal to the trial court for an abandonment hearing and contempt proceedings would also be initiated against him. *See* TEX. R. APP. P. 38.8(b)(2),(4). Despite being given extensions, Patrick Montgomery failed to comply with this Court's order.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), on October 11, 2016, this Court abated this appeal and ordered the trial court to hold an abandonment hearing. On November 8, 2016, this Court received the supplemental clerk's record reflecting the trial court's findings of fact and conclusions of law. The trial court found appellant desires to pursue this appeal, appellant is indigent, and Mr. Montgomery has not abandoned this appeal.

In its December 2, 2016 order, this Court reinstated this appeal and ordered Patrick Montgomery to file appellant's brief on or before December 28, 2016. It also notified Mr. Montgomery that no further extension would be granted and that if he failed to timely file appellant's brief, this Court would order him to personally appear to show cause why he should not be held in contempt of court for failure to comply with the Court's order. Mr. Montgomery failed to comply with this Court's December 2, 2016 order.

We therefore **ORDER Patrick Montgomery** to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on **January 25, 2017, at 2:00 p.m.**, before a panel consisting of Chief Justice Marion, Justice Angelini, and Justice Rios to show cause why he should not be held in contempt of this court or otherwise be sanctioned for violating this Court's orders. Mr. Montgomery is advised that he has a right to be represented by counsel at the show cause hearing and the proceedings will be recorded by a certified court reporter.

We further **ORDER** the Clerk of this Court to effect personal service of this order on Patrick Montgomery with proof of service. In addition, the Clerk for this Court shall serve Mr. Montgomery by email and by first class mail, return receipt requested.

This order does not dispense with Mr. Montgomery's continuing obligation to prepare and file a brief on appellant's behalf.

It is so **ORDERED** on January 5, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.



Keith E. Hottle
Clerk of Court